July 26, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

LAWRENCE A. MCLERNON, Appellant

NO. 14-09-00312-CV                    V.

DYNEGY, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Dynegy, Inc., signed January 8, 2009, was heard on the transcript of the record. We have inspected the record and find the trial court did not err by granting summary judgment in favor of appellee, Dynegy, Inc., and denying summary judgment in favor of appellant, Lawrence A. McLernon, but the final judgment requires modification with respect to the relief granted. We therefore **REFORM** the judgment of the court below to order that Dynegy, Inc. have and recover from Lawrence A. McLernon $1,881,716.85 in principal and interest, costs of court, and post-judgment interest on the total judgment at 5% per annum.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant, Lawrence A. McLernon, to pay all costs incurred in this appeal. We further order this decision certified below for observance.